```
UNITED STATES (US) DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK (SDNY)

DOCUMENT.DOCUMENT[TYPE]/.>COMPLAINT$GENERAL.opened._.complaint$general(%new:2024-05-
08_):<

In accord with its own self-disclosure, in instructions available via the Internet
(https://www.nysd.uscourts.gov/sites/default/files/pdf/ProSe/Filing-A-Complaint-Guid
e-2024-revisions.pdf), the US District Court of the SDNY establishes that, in order
for a document to qualify as the submission type "complaint-general," that document
requires the following elements, herein included in a positive statuting-forth of
the plaintiff's complaint-general-particular, with the intent to complain, etc.:

._.PARTIES() = {}
._.PARTIES() = {

._.PLAINTIFF(S)() = {}
._.PLAINTIFF(S)() = {
PLAINTIFF/0001() = {}
PLAINTIFF/0001() = {
        TYPE:CORPUS/HUMAN
        NAME.LAST.:JANCZUK
        NAME.FIRST.:WERONIKA}}

VERSUS

._.DEFENDANT(S)() = {}
._.DEFENDANT(S)() = {
DEFENDANT/0001() = {}
DEFENDANT/0001() = {
        TYPE:GOVERNMENT
        NAME:UNITEDSTATESOFAMERICA
        NAME.ACRONYM.:USA,US}}

I. BASIS FOR JURISDICTION
[X] FEDERAL QUESTION
[ ] DIVERSITY OF CITIZENSHIP

II. PARTIES
A. PLAINTIFF INFORMATION
PLAINTIFF/0001.INFORMATION.() = {}
PLAINTIFF/0001.INFORMATION.() = {
PLAINTIFF/0001.NAME.FIRST.:WERONIKA
PLAINTIFF/0001.NAME.MIDDLE>INITIAL.:E
PLAINTIFF/0001.NAME.LAST.:JANCZUK
PLAINTIFF/0001.ADDRESS.POSTAL.HARD.STREET.:>redacted[%:communication:with/defendant:
type:electronic.request.filed._.]
PLAINTIFF/0001.ADDRESS.POSTAL.HARD.CITY.:>redacted[%:communication:with/defendant:ty
pe:electronic.request.filed._.]
PLAINTIFF/0001.ADDRESS.POSTAL.HARD.STATE.:>redacted[%:communication:with/defendant:t
```

```
ype:electronic.request.filed._.]
PLAINTIFF/0001.ADDRESS.POSTAL.HARD.CODEPOSTAL.:>redacted[%:communication:with/defend
ant:type:electronic.request.filed._.]}

B. DEFENDANT INFORMATION
DEFENDANT/0001.INFORMATION.() = {}
DEFENDANT/0001.INFORMATION.() = {
DEFENDANT/0001.NAME.:UNITEDSTATESOFAMERICA,via:EXECUTIVEOFFICEFORUNITEDSTATESATTORNE
YS,@,USDEPARTMENTOFJUSTICE
DEFENDANT/0001.ADDRESS.POSTAL.HARD.STREET.:950 Pennsylvania Avenue NW, Room 2242
DEFENDANT/0001.ADDRESS.POSTAL.HARD.CITY.:Washington
DEFENDANT/0001.ADDRESS.POSTAL.HARD.STATE.:DC
DEFENDANT/0001.ADDRESS.POSTAL.HARD.CODEPOSTAL.:20530-0001}

III. STATEMENT OF CLAIM
._.PLACE(S) OF OCCURRENCE:INALLPLACESINWHICHRAINFALLS
._.DATE(S) OF OCCURRENCE:1991-PRESENT
._.FACTS:
FACTS() = {}
FACTS() = {
FACTS.CONTEXT.() = {}
FACTS.CONTEXT.() = {
x[>NA.x[]_X>basicweatherologyisassumed()P.}}

INJURIES.() = {}
INJURIES.() = {
[0001] Human persons have to spend disproportionate amounts of money on decisions
with regards to rainfall prep when they are pedestrians, including expenses related
to umbrellas, shoes, and more.
[0002] Human persons have to codify cheap decisions with regards to a form of
protection in the umbrella if their economic state doesn't give them access to
spaces wherein a higher form of rigor might be available or habituable.
[0003] Rainfall unexpected changes patterns of behavior, and could use a higher
degree of autonomy and hegemony and authority from communities.
[0004] Communities are ignorant to questions that might foster a different social
and cultural and other forms of evolution.
[0005] And more.}

IV. RELIEF:
[0001] For the USA to request that experts-plus experiment with construction that
would be utilized in the [a[]] redirecting of rainfall, once it falls; [b[]] the
purifying of rain, after its rainfall; [c[]] the utilizing of rain for, i.e.,
toilet-cleansing, gardening, garden-machinery-moved-by-rainwatermill or otherwise;
[d[]] the burying of rainfall in intentionally-elected places; and similar.
[0002] For the USA to request that experts-plus experiment with construction that
would be utilized in the [a[]] covering of the land during seasons of rainfall,
immense heat, and more, with an eye toward examining the ontological, cognitive,
affective, spiritual, and social life of the value of a kind of extended dawn and
dusk as well as the ways in which persons might have a higher natural tendency
towards work and work of different--including higher--qualities in the night.
```

[0002-B] To consider requiring spaces to remain open 24/7 for social and cultural life, especially in concentrated locations--i.e., in New York, entire blocks around Bryant Park--for the furthering of a particular kind of social-and-communal stimulus, i.e., with games.

[0003] In context, for the USA to immediately quantify all experiments with regards to the use of industrial artificial light, as the kind used 24/7 in modern-day prisons as well as warehouses, herein consciously positing form a medical thesis from the perspective of a person otherwise complexly- and inwardly ontologically-engaged and engaged in forms of extended cognitive, affective, spiritual life: that artificial light works on the human person traumatized to quench states of trauma and what some popular psychologists might call the fear of missing out (FOMO) and states-similar, that it is not healthy, and that it advances a superficial /modus operandi/ that has immense social impact if/when adjudications with regards to its utility are made by agents of the system-judicial versus those living its impacts and living them voluntarily versus involuntarily and without extended quantified and qualitative analysis.

[0004] For the USA to name-and-label every plant that receives rain and to begin the process of feeding water to those plants in accord with manuals for their care.

[0005] For the USA to identify and establish responses to spaces in which land is damaged, soiled, or otherwise disproportionately after heavy rains.

[0006] For the USA to find systems to redirect the torrents in hurricanes and similar disasters in spaces in which these events-natural occur.

[0007] For the USA to guarantee humanized pedestrian and public-transport spaces in all parts of the nation-state.

[0008] For the USA to--in working through any questions of economic restatuting, given previous lawsuit entry--guarantee every person--most especially pedestrian, most especially child or otherwise, but ultimately, all--the necessary kits for rain and snow.

[0008-B] To evaluate the quantitative impact of personal contact with natural phenomena.

[0009] For the USA to create, mandate, and impose teams of persons to manage--even on 24/7-hour rotations, in such a way that all persons give an hour annually--for the street and garden and parking lot and gutter and hall and more cleaning and order, offering basic training required across all persons for activation in maintaining environments clean of debris.

[0010] For the USA to evaluate that which is possible with regards to water cleaning and recycling and to do the same as above, offering basic training required across all persons for activation in maintaining environments clean of debris.

[0011] And more. The PLAINTIFF reserves the right to append.

V. PLAINTIFF'S CERTIFICATIONS AND WARNINGS:

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

```
PLAINTIFF/0001.SIGNATURE.() = {}
PLAINTIFF/0001.SIGNATURE.() = {
PLAINTIFF/0001.SIGNATURE.DATE.:2024-05-08
PLAINTIFF/0001.SIGNATURE.HARD.: Weronika E. K. Janczuk
[cognizant:signature:type:electronic.filed.]
PLAINTIFF/0001.NAME.FIRST.:WERONIKA
PLAINTIFF/0001.NAME.MIDDLE>INITIAL.:E
PLAINTIFF/0001.NAME.LAST.:JANCZUK
PLAINTIFF/0001.ADDRESS.POSTAL.HARD.STREET.:>redacted[%:communication:with/defendant:type:electronic.request.filed._.]
PLAINTIFF/0001.ADDRESS.POSTAL.HARD.CITY.:>redacted[%:communication:with/defendant:type:electronic.request.filed._.]
PLAINTIFF/0001.ADDRESS.POSTAL.HARD.STATE.:>redacted[%:communication:with/defendant:type:electronic.request.filed._.]
PLAINTIFF/0001.ADDRESS.POSTAL.HARD.CODEPOSTAL.:>redacted[%:communication:with/defendant:type:electronic.request.filed._.]}
```

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
[X] YES
[ ] NO
>